THE STATE OF OHIO, APPELLEE, *v.* TERRELL, APPELLANT.

[Cite as *State v. Terrell* (1995), 72 Ohio St.3d 247.]

(No. 94–2531—Submitted February 21, 1995—Decided May 24, 1995.)

248

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Diane Smilanick,* Assistant Prosecuting Attorney, for appellee.

*Harry Terrell, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.